# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160834

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

   SC: 160834
   COA: 343442
   St. Clair CC: 17-003111-FH

JERMAINE JEVALE JOHNSON,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the November 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



s0622

           Clerk